FILED

02/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0023

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. OP 22-0023

CHARLES DANIEL SMITH,

      Plaintiff and Appellant,

vs.

CHARTER COMMUNICATIONS, INC.,

      Defendant and Appellee.

## ORDER

Pursuant to authority granted under M. R. App. P. 26(1), the Appellant is given an extension of time until March 28, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 24 2022